

RECEIVED
MAY 23 2023
PRO SE OFFICE

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Simone Bartholomew

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

Mount Sinai West et al
Mount Sinai Health System

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

Complaint for Employment
Discrimination

23-CV-3854-PKC-JRC

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial:    ☑ Yes    ☐ No
              (check one)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name _Simone Bartholomew_
Street Address _100 E 18th Street. Apt 2F_
City and County _Brooklyn, Kings_
State and Zip Code _New York, 11226_
Telephone Number _212-729-3731_
E-mail Address _SimBartholomew1@gmail.co_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1
Name _Mount Sinai West_
Job or Title _Ambulatory Care Service Rep_
(if known)
Street Address _1000 10th ave_
City and County _New York_
State and Zip Code _New York, 10019_
Telephone Number _212-523-2010 or 212-523-4000_
E-mail Address _Ann-McNicholas@mountsinai.org_
(if known)

Defendant No. 2
Name _Mount Sinai Health System_
Job or Title _Ambulatory Care Service Rep_
(if known)
Street Address _555 west 57th Street_
City and County _New York_

2

State and Zip Code *New York, 10019*

Telephone Number *212-523-5555 or 212-659-8105*

E-mail Address *or One Gustave L. Levy Pl. NY NY 10029*

(if known) *or Mount Sinai Corporate building: 150 E 42nd Street 2nd Fl New York, NY 10017*

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name *Mount Sinai West*

Street Address *1000 10th Ave*

City and County *New York*

State and Zip Code *New York, 10019*

Telephone Number *212-523-4000 or 212-523-2010*

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

☑ Other federal law *(specify the federal law)*: *Freedom of Speech; (under article 19 of UDHR)*

☑ Relevant state law *(specify, if known)*: *The due process law: see attached pg 9*

☑ Relevant city or county law *(specify, if known)*: *Invasion of privacy; public law #87*

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☑   Termination of my employment.

☐   Failure to promote me.

☐   Failure to accommodate my disability.

☑   Unequal terms and conditions of my employment.

☑   Retaliation.

☐   Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)
*Nov 29th 2021, Dec 14th 2021, May 23rd 2021*

4

C.    I believe that defendant(s) *(check one):*

    ☑    is/are still committing these acts against me.

    ☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain):*

    ☐    race _____

    ☐    color_____

    ☐    gender/sex _____

    ☑    religion _____

    ☐    national origin _____

    ☐    age.  My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

    ☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

~ August, 2021, the DOH issued a regulation that mandated medical personnels to be vaccinated for Covid 19.

~ Sep 2nd 2021, Mount Sinai sent an email that read:
" Mount Sinai" Health System staff and faculty must have received at least their first dose of vaccine, & must have reported it to employee Health; by Monday Sep 13th or be placed into immediate job jeopardy.
see attached copy of email and notes

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_November 29th 2021_

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

_Feb 23rd 2023_

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief    _Prayer :_

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_Punitive Money damages and all accrued back-pay, Health coverage, raises with interests. The wrongs continues because I have not been compensated and struggles continues due to termination. See attach:_

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05 - 23, 20 23

Signature of Plaintiff

Printed Name of Plaintiff     Simone Bartholomew

HAIMWATTIE SINGH
Notary Public, State of New York
No. 01S16089783
Qualified in Nassau County
Commission Expires March 24, 2027

05 - 23 - 2023

7

Simone Bartholomew

V.

Mount Sinai West et al
Mount Sinai Health System

pg 4. My freedom of speech as well as
my privacy has been violated. I
was repeatedly asked to upload more
information regarding my faith & M.R.

~ Defendant also asked for permission
to review my personal medical record.
I declined, but is unsure of if the
defendant accessed it anyway.

~ The defendant claims "no one unvaccinated
is allowed on the premises, yet, there
were (are) employees with medical
exemptions approved & are working on
site. Not all are remote (private source).

8

(Pg 4. Continued : Additional notes)

~ The due process law was violated by the defendant. I have no idea who evaluated my documents. The mount Sinai health system "exemption committee" has never met me, have not called me on the phone, nor initiate a video call, yet my relationship with God has been on trial by a committee who has no clue who I am.

~ My personal statements were apparently not enough for Mount Sinai. My immediate pastor at my current place of worship do not do religious exemption letters. I had to resort to having one done for me by a remote pastor. I grew up in a christian home and I have always had a connection with Almighty God; I don't care who writes my exemption for religious freedom, when we serve the same God.

9

(pg 4 notes Continued: )

~ It is a possibility that Mount Sinai used "Fisher Phillips" 3-step guide to religious objections, because the jargon in the denial email to me and, in the response to my charge sounded identical.

~ It did not matter which christian pastor (online or in-person) wrote my letter. I was merely complying with all the requests for more information, by the defendant.

~ On November 29th 2021, Mount Sinai Health sent me an email that stated " the committee has denied your request because your application did not sufficiently establish a sincerely held, religious or moral belief that is contrary to the practice of immunization or the COVID 19 Vaccine.

continue to pg 10. --

10

~ My reason for not being vaccinated sincerely should not matter. Any responses in regards to my faith should have been taken at face value instead of being used against me.

(Notes for pg. 5 part C.)

~ These acts of retaliation against me still continues because I have not been compensated and I am now in debt.

(Pg 5. part E.)

~ Approximately two days before Thanksgiving, I was sent a email urging not to return to the hospital premises due to failure to comply. However, just about 6 months prior, the defendant utilized us and (plaintiff) Commended (plaintiff) us for the extra shifts put in to care for those sick with covid and also assiting in helping willing parties get the covid vaccines. I liked my job.

11

A. — Retaliation by being terminated after filing a charge with EEOC.

B. — Minimizing my faith & belief system, firing me, then stating my case is meritless.

(pg 6. I)

~ I knew I have a case, and so did the EEOC.

~ EEOC investigator said " we agree with you, we are about to find them guilty, we just have to inform them they are about to be found guilty, what do they mean then, by what they wrote." Right away I sensed & I expressed that would give them (the defendant) a chance to change their statement against me, and that is what did happen. EEOC also changed their statement and ruled in the employer's favor defendant

12

~ EEOC said the defendant told them that "This is not about faith for me and that if is what I believe to be true about the vaccines." I disagreed.

~ EEOC (defendant) told me they will not be allowed to change their words, but they (the defendant) did deviated from facts. EEOC ignored my request for an appeal.

~ My faith is grounded on the Word of God my set of beliefs and my prayer life.

~ One can have beliefs without faith, but it's nearly impossible with to have faith without a set of beliefs. Faith & belief works hand in hand to keep me well grounded.

13

pg 6. V.    My Prayer for Relief.

1 I am seeking 4 million in punitive damages, which is to include all aforementioned on pg 6. part V. including and but not limited to the emotional distress in anticipation of lost of employment by the defendant.

2 4 million in punitive damages which is only less than 0.21% of defendant's net worth.

3 Actual Damages exceeds 200K

14.



*Re: pages 4 & 10*

From: exemptions@mountsinai.org rcnoreply@mountsinai.org
To: S.p.bartholomew@protonmail.com;  CC: LORI.MINOTT@MOUNTSINAI.ORG;  Date: Nov 29, 2021, 5:11 P
0 Attachments

We are writing today regarding your application to the Mount Sinai Health System Covid-19 Vaccine Exemptions Committee.  The Committee, which is multidisciplinary and includes faith leaders and other experts, appreciates that you have shared these deeply personal beliefs with us.  However, based on the materials submitted, the Committee has denied your request because your application did not sufficiently establish a sincerely held religious or moral belief that is contrary to the practice of immunization or the COVID-19 vaccine.  We know this may be upsetting but please be assured that the Committee was thoughtf and deliberate in its process.

In terms of next steps, because of a new rule from New York State requiring onsite employees to be fully vaccinated, you will need to remain off-site and will need to use PTO or take unpaid leave until 12-06-2021. you are still not vaccinated by this date, you will then be placed on leave without pay for one week, after which we must begin the termination process.  We hope you consider getting the vaccine so you can remai an employee at Mount Sinai.

We understand that you may still have many questions about the COVID-19 vaccines. Mount Sinai has put together up-to-date information and Frequently Asked Questions about COVID-19 and the vaccines, which you can see at <u>COVID-19 Vaccine Information & Resources | Mount Sinai - New York</u>. You can make a vacci appointment at Mount Sinai <u>here</u>, or check the <u>New York State</u>, <u>New York City</u>, <u>New Jersey,</u> or <u>Connecticut</u> websites for options.

Again, we really do hope you choose to get vaccinated and remain a part of the Mount Sinai family.